[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOV 08, 2007
THOMAS K. KAHN
CLERK

_____

No. 07-12820
Non-Argument Calendar
_____

D. C. Docket No. 06-02315-CV-3-IPJ

JEREMY NEWTON,

Plaintiff-Appellee,

versus

TIM RAY,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Northern District of Alabama

_____

**(November 8, 2007)**

Before TJOFLAT, BIRCH and DUBINA, Circuit Judges.

PER CURIAM:

In this action for money damages brought under 42 U.S.C. § 1983, the

plaintiff alleges that the defendant, a deputy sheriff, arrested him without probable cause in violation of the Fourth and Fourteenth Amendments. The defendant moved the district court to dismiss plaintiff's amended complaint on the ground that he is entitled to qualified immunity. The court denied his motion in a one-line order, which simply stated that after considering the pleadings, the court was of the opinion that the motion was "due to be denied."

The defendant now appeals. We vacate the district court's order and remand the case to enable the district court to "render a reasoned decision on the qualified immunity issue." See Danley v. Allen, 480 F.3d 1090 (11th Cir. 2007).

**VACATED and REMANDED**.